Order entered December 4, 2012                    005162



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-09-01377-CV

**BALISTRERI-AMRHEIN, DARLENE C., Appellant**

**V.**

**AHI & INSPECTOR AARON D. MILLER, Appellees**

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01145-2008

## ORDER

Pursuant to the Texas Rules of Appellate Procedure, the court of appeals clerk may not send the record to the Supreme Court unless it is requested by the Supreme Court. TEX. R. APP. P. 54.2(a). Accordingly, appellant's motion for transfer of all filed court records to the Supreme Court of Texas is **DENIED**.

MARTIN RICHTER
JUSTICE